**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sharon C. Burton                                              CHAPTER 13
       Wilbur L. Burton

                                                                        BKY. NO. 18-24697 CMB
                        Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Morgan Stanley Mortgage Capital Holdings LLC and index same on the master mailing list.

                                           Respectfully submitted,

                                           **/s/James C. Warmbrodt, Esquire**
                                           James C. Warmbrodt, Esquire
                                           Attorney I.D. No. 42524
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106
                                           412-430-3594
                                           jwarmbrodt@kmllawgroup.com