**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sharon C. Burton                      CHAPTER 13
        Wilbur L. Burton

                                                                     BKY. NO. 18-24697 CMB
                           Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of FV-I, INC. In Trust For Morgan Stanley Mortgage Capital Holdings LLC and index same on the master mailing list.

                                                   Respectfully submitted,

                                                   **/s/James C. Warmbrodt, Esquire**
                                                   James C. Warmbrodt, Esquire
                                                   Attorney I.D. No. 42524
                                                   KML Law Group, P.C.
                                                   BNY Mellon Independence Center
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106
                                                   412-430-3594
                                                   jwarmbrodt@kmllawgroup.com