UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    WILBUR L. BURTON AND<br>    SHARON C. BURTON,<br><br>        Debtors.<br><br><br>    WILBUR L. BURTON AND<br>    SHARON C. BURTON,<br><br>        Movants,<br><br>SPECIALIZED LOAN<br>SERVICING, LLC as servicing<br>agent for MORGAN STANLEY<br>CAPITAL HOLDINGS, LLC.,<br>        Respondent. | Bankruptcy No. 18-24697 CMB<br><br>Chapter 13<br><br>Docket No. 57<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

Upon consideration of the evidence presented, the Court finds that the proof of claim filed by Wilmington Savings Fund c/o Carrington Mortgage Services and subsequently transferred to Specialized Loan Servicing as servicing agent for Morgan Stanley Mortgage Capital Holdings is not well taken.

It is therefore ORDERED that the Debtor's motion is granted and the Movants' objection to the proof of claim is sustained.

Further, it is ORDERED that attorney fees in the amount of $1,000.00 shall be paid to Rodney D. Shepherd, Esquire, 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203 within 10 days from the date of this Orddr.

Dated:  December 3, 2019

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
12/3/19 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Wilbur L. Burton
Sharon C. Burton
    Debtors

Case No. 18-24697-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Dec 03, 2019
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.
db/jdb        +Wilbur L. Burton,    Sharon C. Burton,    104 Westminister Drive,    Verona, PA 15147-1638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2019 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    Morgan Stanley Mortgage Capital Holdings LLC
        bkgroup@kmllawgroup.com
       Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
        RA-occbankruptcy6@state.pa.us
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
        jbluemle@bernsteinlaw.com
       Michael J Shavel    on behalf of Creditor    Wilmington Savings Fund, FSB, et al.
        mshavel@hillwallack.com,    jrydzewski@HillWallack.com;skenny@hillwallack.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Rodney D. Shepherd    on behalf of Joint Debtor Sharon C. Burton rodsheph@cs.com
       Rodney D. Shepherd    on behalf of Debtor Wilbur L. Burton rodsheph@cs.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
        Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                    TOTAL: 9