**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
|    WILBUR L. BURTON AND ) | Case No. 18-24697 CMB |
|    SHARON C. BURTON, ) | |
|       Debtors. ) | Chapter 13 |
| ) | |
| WILBUR L. BURTON AND ) | |
| SHARON C. BURTON, ) | Docket No. 74 |
|       Movants, ) | Related to Docket No. 73 |
| ) | |
|       vs. ) | Hearing Date & Time: March 11, 2020 at 10:00 |
| ) | a.m. |
| SPECIALIZED LOAN ) | |
| SERVICING, LLC., as ) | |
| servicing agent for ) | |
| MORGAN STANLEY ) | |
| MORTGAGE CAPITAL ) | |
| HOLDINGS, LLC., ) | |
|       Respondent. ) | |

**HEARING NOTICE WITH RESPONSE DEADLINE**
**ON MOTION TO COMPEL FILING OF PROOF OF CLAIM AND**
**REQUEST FOR SANCTIONS**

TO THE RESPONDENT(s):

You are notified that the above Movants seek an order affecting your rights or property.

You are further notified to serve with the clerk and serve upon the undersigned attorney for Movant a response to the motion no later than on or before February 22, 2020, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at [www.pawb.uscourts.gov.](www.pawb.uscourts.gov.)  If you fail to timely respond, the Motion will be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on March 11, 2020 at 10:00 a.m. before Judge Bohm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service:   February 5, 2020; service by electronic filing.

            By: /s/ Rodney D. Shepherd
               Rodney D. Shepherd, Esquire
               Attorney for Movants/Applicants
               PA I.D. No. 56914
               rodsheph@cs.com

               2403 Sidney Street
               Suite 208
               Pittsburgh, PA  15203
               (412) 471-9670