**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-24697-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Wilbur L. Burton<br>104 Westminister Drive<br>Verona PA 15147 | Sharon C. Burton<br>104 Westminister Drive<br>Verona PA 15147 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/11/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 | Atlantica, LLC<br>C/O Land Home Financial Services<br>Attn: Payment Processing<br>P.O. Box 25164<br>Santa Ana, CA 92799-5164 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/13/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24697-CMB
Wilbur L. Burton                                                        Chapter 13
Sharon C. Burton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut            Page 1 of 1           Date Rcvd: Feb 11, 2020
                            Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
15162804       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    Morgan Stanley Mortgage Capital Holdings LLC
               bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    Atlantica, LLC bkgroup@kmllawgroup.com
              Joseph Jasper Swartz     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Michael J Shavel    on behalf of Creditor    Wilmington Savings Fund, FSB, et al.
               mshavel@hillwallack.com,    jrydzewski@HillWallack.com;skenny@hillwallack.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd     on behalf of Debtor Wilbur L. Burton rodsheph@cs.com
              Rodney D. Shepherd     on behalf of Joint Debtor Sharon C. Burton rodsheph@cs.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 11