**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankruptcy No.18-24697 CMB |
| WILBUR L. BURTON AND | ) |
| SHARON C. BURTON, | ) Chapter 13 |
| | ) |
| Debtors, | ) |
| | ) |
| WILBUR L. BURTON AND | ) Docket No. 79 |
| SHARON C. BURTON, | ) Related to Docket No. 73, 74 |
| | ) |
| Movants, | ) Hearing Date & Time: 3/11/2020 at 10:00 a.m. |
| | ) |
| vs. | ) |
| | ) |
| SPECIALIZED LOAN | ) |
| SERVICING, | ) |
| | ) |
| Defendant. | ) |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Motion to Compel Filing of Proof of Claim (Docket 73 & 74) in the above-captioned case in that an Amended Proof of Claim was filed on February 20, 2020.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670

Date: 2/21/2020

CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, hereby certifies that a true and correct copy of the Praecipe to Withdraw was served on the 21st day of February, 2020, by electronic filing, upon the following:

James Warmbrodt, Esquire
bkgroup@kmllawgroup.com

      By: /s/ Rodney D. Shepherd
          Rodney D. Shepherd, Esquire
          Attorney for the Debtors
          PA I.D. No. 56914
          rodsheph@cs.com

          2403 Sidney Street
          Suite 208
          Pittsburgh, PA 15203
          (412) 471-9670