# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** WILBUR L. & SHARON C. BURTON
**Case Number:** 18-24697-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 07, 2020  09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#83 - Amended Plan Dated 3/20/2020 (FC)
#86 Certificate of Service
R / M #: 83 / 0

### *Appearances:*

Debtor: Shepherd
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 7-16-20 at 9:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

Cont for loan mod

FILED
5/12/20 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

4/28/2020  11:09:51AM