IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  WILBUR L. BURTON AND | : | Bankruptcy No. 18-24697 CMB |
| SHARON C. BURTON, | : | Chapter 13 |
| Debtors. | : | |
| WILBUR L. BURTON AND | : | |
| SHARON C. BURTON, | : | Related to Document No. 89 |
| Movants, | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| LAND HOME FINANCIAL | : | |
| SERVICES, | : | |
| Respondent. | : | |

**<u>LOSS MITIGATION ORDER</u>**

A *Motion for Loss Mitigation* was filed by <u>Wilbur L. Burton and Sharon C. Burton</u> on <u>July 3, 2020</u>.  The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this _____ day of _____, 20_____, it is hereby ***ORDERED*** that:

(1)    The following parties are directed to participate in the Court's *Loss Mitigation Program* **(LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

   Debtor:     <u>Wilbur L. Burton and Sharon C. Burton          </u>

   Creditor:   <u>Land Home Financial Services                  </u>

(2)    ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $ <u>1,071.48</u> per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    ***Within sixty (60) days from the entry of this Order***, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)    ***One hundred twenty (120) days from the entry of this Order,*** the LMP Period shall

terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8) ***Within seven (7) days of the termination of the Loss Mitigation Period***, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9) Debtor shall ***immediately*** serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
United States Bankruptcy Judge