# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** WILBUR L. & SHARON C. BURTON
**Case Number:** 18-24697-CMB     **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 16, 2020 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#83 Amended Chapter 13 Plan Dated 03/20/2020 (FC)
R / M #: 83 / 0

### Appearances:

Debtor: Shepherd
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to _10-22-20_ at _9:00_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

Cont. for loss mit.

FILED
7/21/20 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

7/10/2020  8:08:54AM