IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  WILBUR L. BURTON AND | : | Bankruptcy No. 18-24697 CMB |
| SHARON C. BURTON, | : | Chapter 13 |
| Debtors. | : | |
| WILBUR L. BURTON AND | : | |
| SHARON C. BURTON, | : | Related to Document No. 89 |
| Movants, | : | |
| | : | |
| v. | : | |
| LAND HOME FINANCIAL | : | |
| SERVICES, | : | |
| Respondent. | : | |

## LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by <u>Wilbur L. Burton and Sharon C. Burton</u> on <u>July 3, 2020</u>.  The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this <u>21st</u> day of <u>July</u>, 20 <u>20</u>, it is hereby ***ORDERED*** that:

(1)    The following parties are directed to participate in the Court's ***Loss Mitigation Program*** **(LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

Debtor:    <u>Wilbur L. Burton and Sharon C. Burton</u>

Creditor:    <u>Land Home Financial Services</u>

(2)    ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $ <u>1,071.48</u> per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    ***Within sixty (60) days from the entry of this Order***, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)    ***One hundred twenty (120) days from the entry of this Order,*** the LMP Period shall

terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)     ***Within seven (7) days of the termination of the Loss Mitigation Period***, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)     Debtor shall ***immediately*** serve a copy of this Order on Creditor and file a certificate of service evidencing same.

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
7/21/20 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 41 (06/17)                                                                         Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-24697-CMB
Wilbur L. Burton                                                                Chapter 13
Sharon C. Burton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Jul 21, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db/jdb        +Wilbur L. Burton,    Sharon C. Burton,    104 Westminister Drive,    Verona, PA 15147-1638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   FV-I, Inc. in trust for Morgan Stanley Mortgage
           Capital Holdings LLC bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   Morgan Stanley Mortgage Capital Holdings LLC
           bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   Atlantica, LLC bkgroup@kmllawgroup.com
          Joseph Jasper Swartz   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Michael J Shavel   on behalf of Creditor   Wilmington Savings Fund, FSB, et al.
           mshavel@hillwallack.com,  skenny@hillwallack.com;lharkins@hillwallack.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd   on behalf of Debtor Wilbur L. Burton rodsheph@cs.com
          Rodney D. Shepherd   on behalf of Joint Debtor Sharon C. Burton rodsheph@cs.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                              TOTAL: 11