**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | ) | |
|    WILBUR L. BURTON | ) | Case No. 18-24697 CMB |
|    AND SHARON C. | ) | |
|    BURTON, | ) | |
|       Debtors. | ) | Chapter 13 |
| | ) | |
| WILBUR L. BURTON | ) | |
| AND SHARON C. | ) | Docket No. 96 |
| BURTON, | ) | |
|       Movants, | ) | Related to Docket No. 95 |
| | ) | |
|       vs. | ) | Hearing Date & Time: 10/28/2020 at 10:30 a.m. |
| | ) | |
| ATLANTICA, LLC C/O | ) | |
| LAND HOME | ) | |
| FINANCIAL SERVICES, | ) | |
| | ) | |
|       Respondent. | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING**
**MOTION TO COMPEL AND ISSUE SANCTIONS**
**(TELEPHONIC PROCEDURES EFFECTIVE MARCH 16, 2020)**

TO THE RESPONDENT(s):

    You are hereby notified that the above Movants seek an order affecting your rights or property.

    You are further instructed to serve with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than October 2, 2020, i.e., seventeen days (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to your lawyer at once.

    A **telephonic** hearing will be held on October 28, 2020 at 10:30 a.m. before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No

witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.  Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at 24 hours in advance.

Date of service:   September 15, 2020; service by electronic filing

Atlantica, LLC c/o Land Home
Financial Services
Attn: James C. Warmbrodt, Esq.
jwarmbrodt@kmllawgroup.com

By:   /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for Movants/Applicants
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Suite 208
Pittsburgh, PA  15203
(412) 471-9670