# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Wilbur Burton | Bankruptcy No. 18-24697 |
| Debtor | Chapter 13 |
| Movant | Related to Document No. 93 |
| v. | |
| Land Home Financial Services Inc | Hearing Date and Time: |
| Respondent | |

## LOSS MITIGATION STATUS REPORT

This **Loss Mitigation Status Report** and the attached printout of the *Account History Page* from the Portal are submitted pursuant to W.PA.LBR 9020-4(e).

Part 1: Loss Mitigation Status

A. The Loss Mitigation process was commenced by a Loss Mitigation Order dated 07-21-2020 (the "LMO"), entered at document number 93, in the above-captioned case.
B. The Debtor **is** current with all adequate protection payments pursuant to the LMO.
C. The Creditor **has** registered and posted its entire Core LMP Package on the Portal pursuant to the LMO.
D. The Debtor **has** uploaded a completed Core LMP Package through the Portal pursuant to the LMO.
E. The Creditor **has not** acknowledged receipt of the Debtor's submission of the completed Core LMP Package pursuant to the LMO. Debtors filed their LMP Package on July 27, 2020 on the Portal. It was submitted to the creditor. Creditor has not responded.
F. The Creditor **has** designated Atlantica, LLC c/o Land Home Financial Services as the single point of contact pursuant to the LMO.

Part 2: Loss Mitigation Period

A. The Loss Mitigation Period is scheduled to terminate on 11-18-2020 pursuant to the LMO.

9/15/2020
*Date*

/S/ Rodney D. Shepherd
*Signed*

Wilbur Burton
*On Behalf of (Name of Debtor)*

Rodney Shepherd
*Name of Filer*

2403 Sidney Street #208 Pittsburgh, PA 15203
*Address of Filer*

rodsheph@cs.com
*Email Address of Filer*

(412) 471-9676
_____
*Phone Number of Filer*

Pennsylvania - 5
_____
*Bar I.D. and State of Admission*