UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILBUR L. BURTON AND SHARON C. BURTON, | ) Bank. No. 18-24697 CMB ) ) |
| Debtors, | ) Chapter 13 ) |
| WILBUR L. BURTON AND SHARON C. BURTON, | ) Docket No. 99 ) Related to Docket No. 95, 96 ) |
| Movants, | ) ) Hearing Date and Time: 10/28/2020 |
| vs. | )                   at 10:30 a.m. ) |
| ATLANTIC, LLC c/o LAND HOME FINANCIAL SERVICES, | ) ) ) ) |
| Respondent. | ) |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2020, upon consideration of the **MOTION TO COMPEL AND ISSUE SANCTIONS**, it is hereby ORDERED, ADJUDGED and DECREED that Atlantica, LLC c/o Land Home Financial Services shall immediately acknowledge the Debtors' LMP Package for participation in the Loss Mitigation Program and shall abide by all deadlines to be outlined in a new Loss Mitigation Order to be issued forthwith.

FURTHER, Atlantica, LLC c/o Land Home Financial Services shall pay attorney fees in the amount of $1,000.00. Said attorney fees shall be paid to Rodney D. Shepherd, 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203 within 10 days from the date of this Order.

_____
Carlota M. Bohm
United States Bankruptcy Judge