**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: WILBUR L. BURTON AND    ) Bankr. No. 18-24697 CMB
       SHARON C. BURTON,       )
                               )
            Debtors.           ) Chapter 13
                               )
       WILBUR L. BURTON AND    ) Docket No. 102
       SHARON C. BURTON,       ) Related to Docket No. 100, 101
                               )
            Movants,           )
            v.                 )
                               )
       ATLANTICA, LLC c/o LAND ) Hearing Date & Time: 10/28/2020
       HOME FINANCIAL SERVICES )                       10:30 a.m.
                               )
            Respondent.        )
```

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion to Compel and Issue Sanctions**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Compel and Issue Sanctions has been received.  The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion to Compel and Issue Sanctions has been received appears thereon.  Pursuant to the Hearing Notice attached with the Motion to Compel and Issue Sanctions responses were to be filed and served no later than October 4, 2020.

    It is hereby respectfully requested that an order be entered by the Court with respect to the Motion to Compel and Issue Sanctions.

```
                              By:/s/ Rodney D. Shepherd
                                 Rodney D. Shepherd, Esquire
                                 Attorney for the Debtors
                                 PA I.D. No. 56914
                                 rodsheph@cs.com

                                 2403 Sidney Street
                                 Suite 208
Date: 7/21/2020                  Pittsburgh, PA 15203
                                 (412) 471-9670
```