**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: WILBUR L. BURTON AND SHARON C. BURTON, | ) | Bankr. No. 18-24697 CMB |
| Debtors. | ) | Chapter 13 |
| WILBUR L. BURTON AND SHARON C. BURTON, | ) | Docket No. 103 Related to Docket No. 100, 101 |
| Movants, v. | ) | |
| ATLANTICA, LLC c/o LAND HOME FINANCIAL SERVICES | ) | Hearing Date & Time: 10/28/2020  10:30 a.m. |
| Respondent. | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion to Compel and Issue Sanctions**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Compel and Issue Sanctions has been received. The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion to Compel and Issue Sanctions has been received appears thereon. Pursuant to the Hearing Notice attached with the Motion to Compel and Issue Sanctions responses were to be filed and served no later than October 4, 2020.

It is hereby respectfully requested that an order be entered by the Court with respect to the Motion to Compel and Issue Sanctions.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670

Date: 10/8/2020