# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | WILBUR L. & SHARON C. BURTON |
| **Case Number:** | 18-24697-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 22, 2020 09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/26/20 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#83 Amended Chapter 13 Plan Dated 03/20/2020 (FC)
R / M #:  83 / 0

*Appearances:*

Debtor: Shepherd
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

LMP
pending

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __1/20/21__ at __9:30 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: