# PROCEEDING MEMO

**Date: 10/28/2020 10:30 am**

**In re:**  Wilbur L. Burton
Sharon C. Burton

**Bankruptcy No. 18-24697-CMB**
**Chapter: 13**
**Doc. # 100**

**Appearances:  BY PHONE:** Owen Katz
Rodney D. Shepherd

**Nature of Proceeding: #100 Motion To Compel and Issue Sanctions**

**Additional Pleadings: #102 CNO**
#103 CNO

**Judge's Notes:**

- Shepherd: Seeking $1,000 for the work that has been done and time spent. Service was proper on the motion.

OUTCOME: Order entered.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/28/20 2:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA