UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WILBUR L. BURTON AND SHARON C. BURTON, <br> Debtors, | ) ) ) ) ) | Bank. No. 18-24697 CMB <br><br> Chapter 13 |
| WILBUR L. BURTON AND SHARON C. BURTON, <br> Movants, <br><br> vs. <br><br> ATLANTIC, LLC c/o LAND HOME FINANCIAL SERVICES, <br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Related to: Document No. 100 |

**ORDER OF COURT**

AND NOW, this __28th__ day of __October__, 2020, upon consideration of the **MOTION TO COMPEL AND ISSUE SANCTIONS**, it is hereby ORDERED, ADJUDGED and DECREED that Atlantica, LLC c/o Land Home Financial Services shall immediately acknowledge the Debtors' LMP Package for participation in the Loss Mitigation Program and shall abide by all deadlines to be outlined in a new Loss Mitigation Order to be issued forthwith.

FURTHER, Atlantica, LLC c/o Land Home Financial Services shall pay attorney fees in the amount of $1,000.00. Said attorney fees shall be paid to Rodney D. Shepherd, 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203 within 10 days from the date of this Order.

FILED
10/28/20 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb