```
              UNITED STATES BANKRUPTCY COURT
              WESTERN DISTRICT OF PENNSYLVANIA

  IN RE: WILBUR L. BURTON   ) Bank. No. 18-24697 CMB
         AND SHARON C.      )
         BURTON,            )
             Debtors,       ) Chapter 13
                            )
         WILBUR L. BURTON   ) Related to: Document No. 100
         AND SHARON C.      )
         BURTON,            )
             Movants,       )
                            )
             vs.            )
                            )
         ATLANTIC, LLC c/o  )
         LAND HOME          )
         FINANCIAL          )
         SERVICES,          )
             Respondent.    )
```

**ORDER OF COURT**

AND NOW, this **28th** day of **October**, 2020, upon consideration of the **MOTION TO COMPEL AND ISSUE SANCTIONS**, it is hereby ORDERED, ADJUDGED and DECREED that Atlantica, LLC c/o Land Home Financial Services shall immediately acknowledge the Debtors' LMP Package for participation in the Loss Mitigation Program and shall abide by all deadlines to be outlined in a new Loss Mitigation Order to be issued forthwith.

FURTHER, Atlantica, LLC c/o Land Home Financial Services shall pay attorney fees in the amount of $1,000.00. Said attorney fees shall be paid to Rodney D. Shepherd, 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203 within 10 days from the date of this Order.

FILED
10/28/20 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Wilbur L. Burton  
Sharon C. Burton  
    Debtor(s)

Case No. 18-24697-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2  
Date Rcvd: Oct 28, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilbur L. Burton, Sharon C. Burton, 104 Westminister Drive, Verona, PA 15147-1638 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Sharon C. Burton, 104 Westminister Drive, Verona, PA 15147-1638 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Atlantica LLC bnicholas@kmllawgroup.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |

Case 18-24697-CMB    Doc 107    Filed 10/30/20    Entered 10/31/20 00:39:06    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Michael J Shavel
    on behalf of Creditor Wilmington Savings Fund  FSB, et al. mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
    on behalf of Joint Debtor Sharon C. Burton rodsheph@cs.com

Rodney D. Shepherd
    on behalf of Debtor Wilbur L. Burton rodsheph@cs.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 11