# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** WILBUR L. & SHARON C. BURTON
**Case Number:** 18-24697-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 28, 2021 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/1/21 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Matter:

#83 Amended Chapter 13 Plan Dated 03/20/20 (FC)
R / M #: 83 / 0

## Appearances:

Debtor: Shepherd
Trustee: Winnecour / Pail / Katz / DeSimone  Warmbrodt

Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 5/6/21 at 9:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont. for LMP

1/22/2021    9:07:00AM