**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: WILBUR L. BURTON AND     ) Bankr. No. 18-24697 CMB
       SHARON C. BURTON,        )
              Debtors.          ) Chapter 13
                                )
       WILBUR L. BURTON AND     )
       SHARON C. BURTON,        )
              Movants,          ) Docket No. 114
                                ) Rel. to Docket No.89,91,93,95,96,
                                )     97,100,101,106,108, 111, 112
                                )
                                )
              vs.               ) Hearing Date & Time: 6/24/2021
                                )                  at 1:30 p.m.
       ATLANTICA, LLC C/O       )
       LAND HOME FINANCIAL      )
       SERVICES,                )
                                )
              Respondent.       )
```

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certifies that I served or caused to be served, on the 20th day of May, 2021 a true and correct copy of the Motion to Compel and Issue Sanctions, Proposed Order, Certificate of Service and Hearing Notice, by electronic filing and U.S. Mail, first class, postage pre-paid, upon the following:

Rodna J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors
PA I.D. 56914
2403 Sidney St., Ste. 208
rodsheph@cs.com
Pittsburgh, PA 15203
(412) 471-9670

Atlantica, LLC c/o Land Home
  Financial Services
Attn: Loan Modification Department
3611 South Harbor Blvd, Suite 100
Santa Ana, CA 92704

Atlantica, LLC c/o Land Home
 Financial Services
Attn: Brian Nicholas, Esquire
bnicholas@kmllawgroup.com