```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF PENNSYLVANIA

   IN RE: WILBUR L. BURTON AND      ) Bankr. No. 18-24697 CMB
          SHARON C. BURTON,         )
                 Debtors.           ) Chapter 13
                                    )
          WILBUR L. BURTON AND      ) Docket No. 116
          SHARON C. BURTON,         ) Related to Docket No. 111,
                                    )              112, 114, 115

                 Movants,           ) Hearing Date & Time:
                                    )     6/24/2021 at 1:30 p.m.
             vs.                    )
                                    )
          ATLANTICA, LLC c/o        )
          LAND HOME FINANCIAL       )
          SERVICES,                 )
                                    )
                 Respondent.        )
```

ORDER OF COURT

AND NOW, this _____ day of _____, 2021, upon consideration of the Debtors' Motion To Withdraw The Motion Seeking Sanctions and Motion to Compel, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and the Motion is withdrawn.

By the Court:

_____
Carlota M. Bohm
U. S. Bankruptcy Judge