```
              UNITED STATES BANKRUPTCY COURT
             WESTERN DISTRICT OF PENNSYLVANIA

 IN RE: WILBUR L. BURTON AND        ) Bankr. No. 18-24697 CMB
        SHARON C. BURTON,           )
              Debtors.              ) Chapter 13
                                    )
        WILBUR L. BURTON AND        )
        SHARON C. BURTON,           ) Related to: Document Nos. 111 and 115
                                    )
                                    )
              Movants,              )
                                    )
              vs.                   )
                                    )
        ATLANTICA, LLC c/o          )
        LAND HOME FINANCIAL         )
        SERVICES,                   )
                                    )
              Respondent.           )
```

ORDER OF COURT

AND NOW, this 7th day of June, 2021, upon consideration of the Debtors' Motion To Withdraw The Motion Seeking Sanctions and Motion to Compel, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and the Motion is withdrawn.

By the Court:

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
6/7/21 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Wilbur L. Burton  
Sharon C. Burton  
    Debtors

Case No. 18-24697-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2  
Date Rcvd: Jun 07, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Wilbur L. Burton, Sharon C. Burton, 104 Westminister Drive, Verona, PA 15147-1638 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Atlantica LLC bnicholas@kmllawgroup.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Michael J Shavel | on behalf of Creditor Wilmington Savings Fund FSB, et al. mshavel@hillwallack.com, |

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Jun 07, 2021 Form ID: pdf900 Total Noticed: 1

      ldejesus@hillwallack.com;lharkins@hillwallack.com

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
      on behalf of Joint Debtor Sharon C. Burton rodsheph@cs.com

Rodney D. Shepherd
      on behalf of Debtor Wilbur L. Burton rodsheph@cs.com

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

S. James Wallace
      on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 11