**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE ) | | |
|    WILBUR L. BURTON ) | Case No. 18-24697 CMB | |
|    AND SHARON C. ) | | |
|    BURTON, ) | | |
|       Debtors. ) | Chapter 13 | |
| ) | | |
| WILBUR L. BURTON AND ) | | |
| SHARON C. BURTON, ) | Docket No. 125 | |
| ) | | |
|       Movants, ) | Related to Docket No. 124 | |
| ) | | |
|       vs. ) | Hearing Date & Time: 8/10/2021 at 1:30 p.m. | |
| ) | | |
| LAND HOME FINANCIAL ) | | |
| SERVICES, INC., ) | | |
|       Respondent. ) | | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING**
**MOTION OF WILBUR L. BURTON AND SHARON C. BURTON**
**FOR APPROVAL OF LOAN MODIFICATION AGREEMENT**

TO THE RESPONDENT(s):

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further instructed to serve with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than July 8, 2021, i.e., seventeen days (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A Zoom Video Conference Hearing will be held on August 10, 2021 at 1:30 p.m. before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: htpps://www.zoomgov.com/j/16143800191, or alternatively, you may use the following ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and

must comply with chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.  Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet.  When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.   Only ten minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of service:   June 21, 2021, service by electronic filing and U.S. Mail.

| | |
|---|---|
| Land Home Financial Services, Inc.<br>Attn: Loan Modification Dept.<br>3611 South Harbor Blvd., Ste. 100<br>Santa Ana, CA 92704 | By: /s/ Rodney D. Shepherd<br>Rodney D. Shepherd, Esquire<br>Attorney for Movants/Applicants<br>PA I.D. No. 56914<br>rodsheph@cs.com |
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>cmecf@chapter13trusteewdpa.com | 2403 Sidney Street<br>Suite 208<br>Pittsburgh, PA  15203<br>(412) 471-9670 |
| Land Home Financial Services, Inc.<br>Attn: Brian Nicholas, Esq.<br>bnicholas@kmllawgroup.com | |