## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| WILBUR L. BURTON AND | ) | Case No. 18-24697 CMB |
| SHARON C. BURTON, | ) | |
| Debtors. | ) | |
| | ) | Chapter 13 |
| WILBUR L. BURTON AND | ) | |
| SHARON C. BURTON, | ) | Docket No. 127 |
| Movants, | ) | Related to Docket No. 124, 125 |
| | ) | |
| vs. | ) | Hearing Date & Time: 8/10/2021 at |
| | ) | 1:30 p.m. |
| LAND HOME FINANCIAL | ) | |
| SERVICES, INC., | ) | |
| Respondent. | ) | |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2021, upon consideration of the Debtors' Motion To Approve Mortgage Modification Agreement, filed at Document No. 124, after notice and hearing held in Courtroom B, 54th Floor, 600 Grant Street, Pittsburgh, PA , this date, the Court finds:

(1) that service of the Notice of Hearing and Order setting hearing on said Motion was effected on the following secured creditors whose liens are recited in said Motion, viz:

**Date of Service**       **Name Of Lienor And Security**
6/21/2021                 Land Home Financial Services, Inc.
                          3611 South Harbor Blvd.
                          Santa Ana, CA 92704

(2) that sufficient general notice of said hearing, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the Movant as shown in the certificate of service duly filed and that named parties were duly served with said Motion.

**NOW THEREFORE,** it is hereby **ORDERED, ADJUDGED AND DECREED** that the request to allow Movants to obtain financing from Land Home Financial Services, Inc., 3611 South Harbor Blvd., Santa Ana, CA 92704 to encumber property of the Debtors, that is 104 Westminister Drive, Verona, PA 15147 with a lien in the amount of $108,723.87 owed to Land Home Financial Services, Inc. is **Granted.**

_____
CARLOTA M. BOHM
United States Bankruptcy Judge