# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** WILBUR L. & SHARON C. BURTON
- **Case Number:** 18-24697-CMB  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 06, 2021   09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#83 Amended Chapter 13 Plan Dated 03/20/20 (FC)
R / M #: 83 / 0

**Appearances:**    Shepherd

- Debtor:
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor:

FILED
6/25/21 8:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  8-26-21  at  10:00 .
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

case depends on LMP, which is stalled due to mortgage co. inaction
Debtor will be moving to compel + sanctions

4/27/2021   3:42:06PM