# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| WILBUR L. BURTON AND | ) | Case No. 18-24697 CMB |
| SHARON C. BURTON, | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| WILBUR L. BURTON AND | ) | Docket No. 136 |
| SHARON C. BURTON, | ) | Related to Docket No. 124, 125, 127 |
| | ) | |
| Movants, | ) | |
| | ) | Hearing Date & Time: 8/10/2021 at 1:30 p.m. |
| vs. | ) | |
| | ) | |
| LAND HOME FINANCIAL | ) | |
| SERVICES, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING
**Application for Approval of Loan Modification**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application of Approval of Loan Modification has been received. The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Application for Approval of Loan Modification appears hereon. Pursuant to the Notice of Hearing, objections to the Application for Approval of Loan Modification were to be filed and served no later than July 8, 2021.

    It is hereby respectfully requested that the Order attached to the Application for Approval of Loan Modification be entered by the Court.

Dated: 07/13/2021

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtors
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670