UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    WILBUR L. BURTON AND ) | Case No. 18-24697 CMB |
|    SHARON C. BURTON, ) | |
|       Debtors. ) | |
| ) | Chapter 13 |
|    WILBUR L. BURTON AND ) | |
|    SHARON C. BURTON, ) | |
|       Movants, ) | Related to: Document No. 124 |
| ) | |
|       vs. ) | **ENTERED BY DEFAULT** |
| ) | |
|    LAND HOME FINANCIAL ) | |
|    SERVICES, INC., ) | |
|       Respondent. ) | |

**ORDER OF COURT**

AND NOW, to-wit, this __13th__ day of __July__, 2021, upon consideration of the Debtors' Motion To Approve Mortgage Modification Agreement, filed at Document No. 124, the Court finds:

(1) that service of the Notice of Hearing and Order setting hearing on said Motion was effected on the following secured creditors whose liens are recited in said Motion, viz:

**Date of Service**
6/21/2021

**Name Of Lienor And Security**
Land Home Financial Services, Inc.
3611 South Harbor Blvd.
Santa Ana, CA 92704

(2) that sufficient general notice of said hearing, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the Movant as shown in the certificate of service duly filed and that named parties were duly served with said Motion.

**NOW THEREFORE,** it is hereby **ORDERED, ADJUDGED AND DECREED** that the request to allow Movants to obtain financing from Land Home Financial Services, Inc., 3611 South Harbor Blvd., Santa Ana, CA 92704 to encumber property of the Debtors, that is 104 Westminister Drive, Verona, PA 15147 with a lien in the amount of $108,723.87 owed to Land Home Financial Services, Inc. is **Granted.**

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
7/13/21 4:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24697-CMB |
| Wilbur L. Burton | Chapter 13 |
| Sharon C. Burton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Jul 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Wilbur L. Burton, Sharon C. Burton, 104 Westminister Drive, Verona, PA 15147-1638 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Atlantica LLC bnicholas@kmllawgroup.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Michael J Shavel | on behalf of Creditor Wilmington Savings Fund FSB, et al. mshavel@hillwallack.com, |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Jul 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

ldejesus@hillwallack.com;lharkins@hillwallack.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
    on behalf of Joint Debtor Sharon C. Burton rodsheph@cs.com

Rodney D. Shepherd
    on behalf of Debtor Wilbur L. Burton rodsheph@cs.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11