**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILBUR L. BURTON<br>SHARON C. BURTON<br><br>            Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>     vs.<br>ATLANTICA LLC<br><br>            Respondents | Case No. 18-24697CMB<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

> CREDITOR HAS REFUNDED NEARLY LL FUNDS DISTRIBUTED WITH NO EXPLANATION.

ATLANTICA LLC
C/O LAND HOME FINANCIAL SERVICES
ATTN: PAYMENT PROCESSING
PO BOX 25164
SANTA ANA, CA 92799-5164

Court claim# 010-2/Trustee CID# 24

The Movant further certifies that on 07/15/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>WILBUR L. BURTON, SHARON C. BURTON, 104 WESTMINISTER DRIVE, VERONA, PA  15147 | DEBTOR'S COUNSEL:<br>RODNEY D SHEPHERD ESQ, 2030 STILLWATER LANE, MCDONALD, PA  15057 |
| ORIGINAL CREDITOR:<br>ATLANTICA LLC, C/O LAND HOME FINANCIAL SERVICES, ATTN: PAYMENT PROCESSING, PO BOX 25164, SANTA ANA, CA  92799-5164 | ORIGINAL CREDITOR'S COUNSEL:<br>BRIAN C NICHOLAS ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| NEW CREDITOR: | |