**Weinstein & Riley, P.S.**
1415 Western Avenue, Suite 700
Seattle, WA 98121
(206) 269 3490

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case: 18-24697 |
| Wilbur L. Burton and Sharon Burton, | Trustee: Ronda J. Winnecour |
| Debtor(s). | |

☒ **NOTICE OF PAYMENT CHANGE ON ADDRESS OF:**
☒ **CREDITOR**

**Claim No.    10**

**Old Address**:

Land Home Financial Services
Name
PO Box 3978
Seattle, WA  98124-3978
Address

**Corrected Address**: I request that payment be sent to the following address (please print):

Land Home Financial Services
Name
PO Box 25164
Santa Ana, CA  92799-5164

Address
(877) 557-9042
Telephone Number

DATED: January 4, 2024

/s/ Jordan Morrison
Signature