IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  WILBUR L. BURTON AND SHARON C. BURTON, Debtors. | ) Bankr. No. 18-24697 CMB ) ) ) Chapter 13 |
| WILBUR L. BURTON AND SHARON C. BURTON, Movants, vs. NO RESPONDENTS. | ) ) Docket No. 147 ) Related to Docket No. 31, 32 ) ) ) Hearing Date & Time: ) ) |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

(1) The Debtors have made all payments required by the Chapter 13 Plan.

(2) The Debtors are not required to pay any Domestic Support Obligations.

(3) The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(2) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

(4)  On 1/16/2019, at Docket Number 31 and 32, Debtors complied with the Federal Rule of Bankruptcy Procedure 1007© by filing Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

(5)  This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Movants about the statements in this Certification and verified the answers in support of this Certification.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtors
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
rodsheph@cs.com
(412) 471-9670
PA I.D. No. 56914

Dated: 1/9/2024