**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILBUR L. BURTON<br>SHARON C. BURTON<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-24697<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/06/2018 and confirmed on 1/31/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,890.62 |
| Less Refunds to Debtor | 148.46 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,742.16 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 4,376.03 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,376.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAND HOME FINANCIAL SERVICES INC | 14,058.30 | 14,058.30 | 0.00 | 14,058.30 |
|     Acct: 2186 | | | | |
|   LAND HOME FINANCIAL SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2186 | | | | |
|   LAND HOME FINANCIAL SERVICES INC | 10,863.53 | 10,863.53 | 0.00 | 10,863.53 |
|     Acct: 2186 | | | | |
|   LAND HOME FINANCIAL SERVICES INC | 0.00 | 29,874.90 | 0.00 | 29,874.90 |
|     Acct: 2186 | | | | |
|   LAND HOME FINANCIAL SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2186 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9836 | | | | |
|   ALLY BANK(*) | 0.00 | 21,255.00 | 0.00 | 21,255.00 |
|     Acct: 0052 | | | | |
| | | | | 76,051.73 |
| **Priority** | | | | |
|   RODNEY D SHEPHERD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILBUR L. BURTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILBUR L. BURTON | 148.46 | 148.46 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RODNEY SHEPHERD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RODNEY D SHEPHERD ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RODNEY D SHEPHERD ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 236.64 | 77.29 | 0.00 | 77.29 |
|     Acct: 8425 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,108.49 | 362.06 | 0.00 | 362.06 |

18-24697                                                                                                                                   Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4231 | | | | |
| CITIBANK NA** | 312.19 | 101.97 | 0.00 | 101.97 |
| Acct: 5416 | | | | |
| LVNV FUNDING LLC | 721.94 | 235.80 | 0.00 | 235.80 |
| Acct: 8115 | | | | |
| PITTSBURGH EYE ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX50 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 2,999.00 | 979.52 | 0.00 | 979.52 |
| Acct: 2868 | | | | |
| WATERFRONT SURGERY CENTER LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X731 | | | | |
| PA DEPARTMENT OF REVENUE* | 3,545.75 | 1,158.09 | 0.00 | 1,158.09 |
| Acct: 9836 | | | | |
| UPMC HEALTH SERVICES | 130.99 | 42.78 | 0.00 | 42.78 |
| Acct: 9836 | | | | |
| UPMC PHYSICIAN SERVICES | 612.71 | 200.12 | 0.00 | 200.12 |
| Acct: 9836 | | | | |
| AT & T MOBILITY II LLC | 12,416.61 | 4,055.45 | 0.00 | 4,055.45 |
| Acct: 6298 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 52.57 | 17.17 | 0.00 | 17.17 |
| Acct: 0001 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 257.64 | 84.15 | 0.00 | 84.15 |
| Acct: 3977 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7137 | | | | |
| HILL WALLACK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,314.40 |

TOTAL PAID TO CREDITORS                                                                                                      83,366.13

TOTAL CLAIMED
PRIORITY              0.00
SECURED         24,921.83
UNSECURED       22,394.53

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   WILBUR L. BURTON
   SHARON C. BURTON
       Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:18-24697

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24697-CMB |
| Wilbur L. Burton | Chapter 13 |
| Sharon C. Burton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilbur L. Burton, Sharon C. Burton, 104 Westminister Drive, Verona, PA 15147-1638 |
| cr | + | Atlantica, LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | | Land Home Financial Services, Post Office Box 25164, Santa Ana, CA 92799-5164 |
| 15198037 | | Atlantica, LLC, C/O Land Home Financial Services, Attn: Payment Processing, P.O. Box 25164, Santa Ana, CA 92799-5164 |
| 15510134 | + | LAND HOME FINANCIAL SERVICES, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14960621 | | Waterfront Surgery Center, 495 E. Waterfront Drive, Suite 110, Homestead, PA 15120-1151 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 29 2024 00:50:38 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 00:25:00 | Wilmington Savings Fund, FSB, et al., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 29 2024 00:25:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14986899 | + | Email/Text: g20956@att.com | Feb 29 2024 00:26:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14966419 | | Email/Text: ally@ebn.phinsolutions.com | Feb 29 2024 00:25:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14963289 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 29 2024 00:25:00 | Ally Financial, Payment Processing, P.O. Box 9001952, Louisville, KY 40290-1952 |
| 14960616 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 00:25:00 | Carrington, P.O. Box 79001, Phoenix, AZ 85062-9001 |
| 14992194 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 00:25:00 | Wilmington Savings Fund Society, FSB, et al., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 14991516 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 29 2024 00:28:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14994508 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:28:29 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14990935 | + | Email/Text: kburkley@bernsteinlaw.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 29 2024 00:26:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14960617 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:39:55 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15160137 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 00:28:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14961629 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:28:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14960620 | | Email/Text: bankruptcynotices@psecu.com | Feb 29 2024 00:26:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14960618 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:51:42 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 14964285 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 29 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14976455 | + | Email/Text: ebnpeoples@grblaw.com | Feb 29 2024 00:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14993204 | + | Email/Text: bncmail@w-legal.com | Feb 29 2024 00:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15069702 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 29 2024 00:25:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14984626 | | Email/Text: BNCnotices@dcmservices.com | Feb 29 2024 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14984832 | | Email/Text: BNCnotices@dcmservices.com | Feb 29 2024 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14988255 | | Email/PDF: ebn_ais@aisinfo.com | Feb 29 2024 00:28:16 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14992192 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 00:25:00 | c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FV-I, Inc. in trust for Morgan Stanley Mortgage Ca |
| cr | | Morgan Stanley Mortgage Capital Holdings LLC |
| cr | | PA Dept of Revenue |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14990375 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15162804 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14960619 | ##+ | Pittsburgh Eye Associates, 4424 Penn Avenue, Suite 101, Pittsburgh, PA 15224-1338 |

TOTAL: 3 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 30 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

**Name**      **Email Address**

Denise Carlon
 on behalf of Creditor Atlantica LLC dcarlon@kmllawgroup.com

Denise Carlon
 on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com

Denise Carlon
 on behalf of Creditor Land Home Financial Services dcarlon@kmllawgroup.com

Denise Carlon
 on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com

Joseph Jasper Swartz
 on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Michael J Shavel
 on behalf of Creditor Wilmington Savings Fund FSB, et al. mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
 on behalf of Debtor Wilbur L. Burton rodsheph@cs.com

Rodney D. Shepherd
 on behalf of Joint Debtor Sharon C. Burton rodsheph@cs.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 12