**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
WILBUR L. BURTON
SHARON C. BURTON
     Debtor(s)

Ronda J. Winnecour
     Movant
     vs.
No Repondents.

Case No.:18-24697

Chapter 13

Document No.: 152

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __16th__ day of __April__, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/16/24 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24697-CMB |
| Wilbur L. Burton | Chapter 13 |
| Sharon C. Burton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilbur L. Burton, Sharon C. Burton, 104 Westminister Drive, Verona, PA 15147-1638 |
| cr | + | Atlantica, LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | | Land Home Financial Services, Post Office Box 25164, Santa Ana, CA 92799-5164 |
| 15198037 | | Atlantica, LLC, C/O Land Home Financial Services, Attn: Payment Processing, P.O. Box 25164, Santa Ana, CA 92799-5164 |
| 15510134 | + | LAND HOME FINANCIAL SERVICES, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14960621 | | Waterfront Surgery Center, 495 E. Waterfront Drive, Suite 110, Homestead, PA 15120-1151 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2024 00:26:58 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2024 23:50:00 | Wilmington Savings Fund, FSB, et al., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 16 2024 23:51:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14986899 | + | Email/Text: g20956@att.com | Apr 16 2024 23:52:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14966419 | | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2024 23:50:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14963289 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2024 23:50:00 | Ally Financial, Payment Processing, P.O. Box 9001952, Louisville, KY 40290-1952 |
| 14960616 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2024 23:50:00 | Carrington, P.O. Box 79001, Phoenix, AZ 85062-9001 |
| 14992194 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2024 23:50:00 | Wilmington Savings Fund Society, FSB, et al., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 14991516 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 23:59:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14994508 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:33 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14990935 | + | Email/Text: kburkley@bernsteinlaw.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 16 2024 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14960617 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:30 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15160137 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 23:59:31 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14961629 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2024 00:00:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14960620 | | Email/Text: bankruptcynotices@psecu.com | Apr 16 2024 23:52:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14960618 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 23:59:58 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 14964285 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14976455 | + | Email/Text: ebnpeoples@grblaw.com | Apr 16 2024 23:51:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14993204 | + | Email/Text: bncmail@w-legal.com | Apr 16 2024 23:52:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15069702 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 16 2024 23:51:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14984626 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2024 23:51:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14984832 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2024 23:51:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14988255 | | Email/PDF: ebn_ais@aisinfo.com | Apr 16 2024 23:59:10 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14992192 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2024 23:50:00 | c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FV-I, Inc. in trust for Morgan Stanley Mortgage Ca |
| cr | | Morgan Stanley Mortgage Capital Holdings LLC |
| cr | | PA Dept of Revenue |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14990375 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15162804 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14960619 | ##+ | Pittsburgh Eye Associates, 4424 Penn Avenue, Suite 101, Pittsburgh, PA 15224-1338 |

TOTAL: 3 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

Case 18-24697-CMB    Doc 158    Filed 04/18/24    Entered 04/19/24 00:30:28    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 30 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Atlantica LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Land Home Financial Services dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michael J Shavel | on behalf of Creditor Wilmington Savings Fund FSB, et al. mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Wilbur L. Burton rodsheph@cs.com |
| Rodney D. Shepherd | on behalf of Joint Debtor Sharon C. Burton rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 12